AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-3664

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TRANZVIA LLC

was received by me on *(date)*   08/16/2017   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered 8/18/2017, Per PA Rule 404(2) and 403. Return receipt attached. Tracking number 9502800003957228000055.

My fees are $   0.00   for travel and $   10.00   for services, for a total of $   10.00   .

I declare under penalty of perjury that this information is true.

Date:   08/18/2017

*James E. Shelton* (signature)
*Server's signature*

James E. Shelton
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406
*Server's address*

FILED
AUG 21 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

Date: August 18, 2017

James Shelton:

The following is in response to your August 18, 2017 request for delivery information on your Certified Mail™/RRE item number 9502800003957228000055. The delivery record shows that this item was delivered on August 18, 2017 at 6:37 am in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Kwasi Ansah

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Civil Action No. 17-3664

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arris Holdings, Inc

was received by me on *(date)* 08/16/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered 8/17/2017, Per PA Rule 404(2) and 403. Return receipt attached. Tracking number 9502800003957228000062.

My fees are $ 0.00 for travel and $ 10.00 for services, for a total of $ 10.00 .

I declare under penalty of perjury that this information is true.

Date: 08/17/2017

*James E. Shelton*
*Server's signature*

James E. Shelton
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406
*Server's address*

FILED
AUG 21 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Additional information regarding attempted service, etc:

■ *UNITED STATES*
*POSTAL SERVICE*.

Date: August 17, 2017

James Shelton:

The following is in response to your August 17, 2017 request for delivery information on your Certified Mail™/RRE item number 9502800003957228000062. The delivery record shows that this item was delivered on August 17, 2017 at 1:05 pm in LEWES, DE 19958. The scanned image of the recipient information is provided below.

Signature of Recipient :

> Delivery Section
> Signature X *Lisa Kline*
> Printed Name *Lisa Kline*

Address of Recipient :

> Delivery Address *16152 Cra Ave*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service