AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-3664

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gordon Rose

was received by me on *(date)*  08/16/2017  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered 8/21/2017, Per PA Rule 404(2) and 403. Return receipt attached. Tracking number 9502800003907231000146.

My fees are $ 0.00 for travel and $ 10.00 for services, for a total of $ 10.00 .

I declare under penalty of perjury that this information is true.

Date: 08/21/2017

*James E. Shelton* (signature)
*Server's signature*

James E. Shelton
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406

*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

Date: August 21, 2017

James Shelton:

The following is in response to your August 21, 2017 request for delivery information on your Certified Mail™/RRE item number 9502800003907231000146. The delivery record shows that this item was delivered on August 21, 2017 at 2:41 pm in LEWES, DE 19958. The scanned image of the recipient information is provided below.

Signature of Recipient :

| Signature | X [signature] |
| Printed Name | G. Damiani |

Address of Recipient :

| Delivery Address | |

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-3664

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Paul Nee

was received by me on *(date)*   08/16/2017   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered 8/24/2017, Per PA Rule 404(2) and 403. Return receipt attached. Tracking number 9502800003957228000031.

My fees are $   0.00   for travel and $   10.00   for services, for a total of $   10.00 .

I declare under penalty of perjury that this information is true.

Date:   08/24/2017

*James E. Shelton*
*Server's signature*

James E. Shelton
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

Date: August 24, 2017

James Shelton:

The following is in response to your August 24, 2017 request for delivery information on your Certified Mail™/RRE item number 9502800003957228000031. The delivery record shows that this item was delivered on August 24, 2017 at 1:22 pm in PLANO, TX 75025. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service