UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG <br> 1657 The Fairway #131 Jenkintown, PA 19046 <br><br> Plaintiff, <br> vs. <br><br> TRANZVIA, LLC ("TRANZVIA") <br> 1209 ORANGE ST. <br> WILMINGTON, DE 19801, <br><br> *Et. Al.* <br><br> Defendants. | Civil Action <br> No. 17-3664 <br><br><br><br><br><br><br><br> Jury Trial Demanded |

## REQUEST FOR ENTRY OF DEFAULT

Comes now ANDREW R. PERRONG, the Plaintiff Pro-Se in this action, and hereby requests the Clerk to enter a default against the defendant ARRIS HOLINGS, INC., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**Dated: 9/11/2017**

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>TRANZVIA, LLC ("TRANZVIA")<br>1209 ORANGE ST.<br>WILMINGTON, DE 19801,<br><br>*Et. Al.*<br><br>Defendants. | Civil Action<br>No. 17-3664<br><br><br><br>Jury Trial Demanded |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, ANDREW R. PERRONG, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff pro-se in this action.

2. A complaint was filed in this case on August 14, 2017.

3. The summons and complaint were duly served upon defendant ARRIS HOLDINGS, INC on August 18th.

4. More than twenty one (21) days have elapsed since the defendant ARRIS HOLDINGS, INC in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5. Plaintiff has not heard at all from the ARRIS HOLDINGS, INC defendant, and they have not sought additional time within which to respond.

1

**FURTHER AFFIANT SAYETH NAUGHT**

Commonwealth of Pennsylvania, County of

_Bucks_

Before me, the undersigned notary public,

this day appeared

_Andrew Perrong_

to me known, who being duly sworn

according to law, deposes the above.

Subscribed and sworn to before me

this _11_ day of _September_

20__.

_Victoria Yevalenko_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Victoria Yevalenko, Notary Public
Upper Southampton Twp., Bucks County
My Commission Expires June 7, 2019

Andrew Perrong
Plaintiff Pro-Se
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>TRANZVIA, LLC ("TRANZVIA")<br>1209 ORANGE ST.<br>WILMINGTON, DE 19801,<br><br>*Et. Al.*<br><br>Defendants. | Civil Action<br>No. 17-3664<br><br><br><br><br>Jury Trial Demanded |

## ENTRY OF DEFAULT

IT APPEARING that the complaint was filed in this case on August 14, 2017; that the summons and complaint were duly served upon defendant ARRIS HOLDINGS, INC on August 18th, and no answer or other pleading having been filed by said defendant;

NOW THEREFORE upon request of the plaintiff, default is hereby entered against the defendant ARRIS HOLDINGS, INC as provided in Rule 55(a) Federal Rules of Civil Procedure.

**Dated: 9/11/2017**

_____

*Kate Barkman,* **Clerk of Court (or deputy)**

1