UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG )<br>1657 The Fairway #131 Jenkintown, PA 19046 )<br> )<br>Plaintiff, )<br>vs. )<br> )<br>TRANZVIA, LLC ("TRANZVIA") )<br>1209 ORANGE ST. )<br>WILMINGTON, DE 19801, )<br> )<br>*Et. Al.* )<br> )<br>Defendants. )<br>) | Civil Action<br>No. 17-3664<br><br><br><br><br><br>Jury Trial Demanded |

## REQUEST FOR ENTRY OF DEFAULT

Comes now ANDREW R. PERRONG, the Plaintiff Pro-Se in this action, and hereby requests the Clerk to enter a default against the defendant GORDON ROSE, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**Dated: 9/12/2017**

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>TRANZVIA, LLC ("TRANZVIA")<br>1209 ORANGE ST.<br>WILMINGTON, DE 19801,<br><br>Et. Al.<br><br>Defendants. | Civil Action<br>No. 17-3664<br><br>Jury Trial Demanded |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, ANDREW R. PERRONG, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff pro-se in this action.

2. A complaint was filed in this case on August 14, 2017.

3. The summons and complaint were duly served upon defendant GORDON ROSE on August 21st.

4. More than twenty one (21) days have elapsed since the defendant GORDON ROSE in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5. Plaintiff has not heard at all from the GORDON ROSE defendant, and he has not sought additional time within which to respond.

1

**FURTHER AFFIANT SAYETH NAUGHT**

Commonwealth of Pennsylvania, County of

_Bucks_

Before me, the undersigned notary public,

this day appeared

_Andrew Perrong_

to me known, who being duly sworn

according to law, deposes the above.

Subscribed and sworn to before me

this _12th_ day of _September_,

20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ALINA PUSKELNIK, NOTARY PUBLIC
UPPER SOUTHAMPTON TOWNSHIP
BUCKS COUNTY
MY COMMISSION EXPIRES 02-12-2020

Andrew Perrong
Plaintiff Pro-Se
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>TRANZVIA, LLC ("TRANZVIA")<br>1209 ORANGE ST.<br>WILMINGTON, DE 19801,<br><br>*Et. Al.*<br><br>Defendants. | Civil Action<br>No. 17-3664<br><br><br>Jury Trial Demanded |

## ENTRY OF DEFAULT

IT APPEARING that the complaint was filed in this case on August 14, 2017; that the summons and complaint were duly served upon defendant GORDON ROSE on August 21st, and no answer or other pleading having been filed by said defendant;

NOW THEREFORE upon request of the plaintiff, default is hereby entered against the defendant GORDON ROSE as provided in Rule 55(a) Federal Rules of Civil Procedure.

**Dated: 9/12/2017**

*Kate Barkman,* **Clerk of Court (or deputy)**

1