IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>             Plaintiff,<br><br>     v.<br><br>ARRIS HOLDINGS, INC., et al.,<br><br>             Defendant. | CIVIL ACTION<br>NO. 17-3664 |

**JUDGMENT PURSUANT TO RULE 55(b)(2)**

**AND NOW**, this 12th day of January 2018, upon consideration of Plaintiff's Motions for Default Judgment against Defendant Arris Holdings, Inc. (Doc. No. 7) and against Defendant Gordon Rose (Doc. No. 11), which has not been opposed, it is **ORDERED** that Plaintiff's Motions for Default Judgment (Doc. Nos. 7, 11) are **GRANTED** and that Judgment is entered on Counts I through XII of the Complaint (Doc. No. 1) in favor of Plaintiff Andrew R. Perrong and against Defendants Arris Holdings, Inc. and Gordon Rose in the amount of **$45,000**.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.